MINUTES OF A SPECIAL MEETING

OF

THE BOARD OF TRUSTEES

OF

CENTRAL UNITED TALMUDICAL ACADEMY

(also known as Keren Habinyan Hachudosh D'Rabeinu Yoel of Satmar BP,
Bais Ruchel D'Satmar and Central UTA)

("the Corporation")

(pursuant to §2-b of the New York State Religious Corporations Law and §710 and §711 of the

New York Not-for-Profit Corporation Law)

This records the minutes of a special meeting of the Central United Talmudical Academy

(also known as Keren Habinyan Hachudosh D'Rabeinu Yoel of Satmar BP, Bais Ruchel D'Satmar

and Central UTA) held physically at 92 Emerson Place, Brooklyn, New York on September 5,

2022 at 2:45pm.

| PRESENT: | The following Directors of the Corporation:<br><br>Abraham Brach<br>Cheskel Berkowitz<br>Victor Frankl<br>Chaim Goldberger<br>Avrohom Yoseph Friedman<br>Abraham Kohn |
|---|---|
| CONFIRMATION OF QUORUM: | The presiding officer of the special meeting confirmed that a quorum was present and the presiding officer declared the meeting to have been duly called after proper notice and properly constituted for the transaction of business. |

| | |
|---|---|
| **DEFERRED PROSEUCTION AGREEMENT:** | The Corporation's attorneys received a modified Deferred Prosecution Agreement, and ancillary documents ("Collectively "DPA"), attached hereto as Exhibit A which would defer prosecution against the Corporation.  The trustees previously had opportunity to review the DPA and to discuss the merits of entering into the DPA.  In addition to previous restitution paid, the DPA requires the Corporation to pay a Financial Penalty to the United States of approximately $5,000,000.  The trustees discussed issues surrounding the advisability to signing the DPA on a number of occasions, including today.  Based on those meetings, including today's meeting, and other consultations, the trustees are of the view that entering into the DPA is, on balance of all factors, in the best interest of the Corporation and the community members it serves in order to bring closure to the ongoing investigation by the Eastern District of New York United States Attorney's office into the Corporation's alleged misconduct.<br><br>**IT IS THEREFORE:**<br><br>**RESOLVED** unanimously, that the Corporation should in due course agree and consent to the filing of the Deferred Prosecution Agreement, substantially in the form of Exhibit A. |
| **AUTHORIZED SIGNATORIES:** | **RESOLVED** unanimously, that Cheskel Berkowitz and Yoel Weisz, acting jointly or severally, are hereby authorized on behalf of the Corporation to execute and deliver such instruments and documents as they may deem proper and advisable, in their sole and absolute discretion, to execute the DPA, substantially in the form of Exhibit A. |
| **RATIFICATION:** | **RESOLVED** unanimously, that any and all actions heretofore taken and any and all documents, instruments, certificates and instructions (however characterized or described) heretofore executed on behalf of the Corporation, by either Cheskel Berkowitz or Yoel Weisz, to carry into effect the purposes and intent of the foregoing resolution, hereby are ratified, confirmed and approved. |
| **FINANCIAL PENALTY:** | **RESOLVED** unanimously, that the Corporation is authorized pay the Financial Penalty, in accordance with the terms of the DPA. |
| **AUDITORS AND COMPLIANCE MONITOR :** | **RESOLVED** unanimously, that this Board of Trustees shall hire auditors to review the Corporation's current operations and management and a compliance monitor, pursuant to the Corporation's commitment to fully comply with the terms of the DPA. |
| **FURTHER STEPS:** | **RESOLVED** unanimously, that The Corporation shall take all steps necessary in furtherance of the foregoing. |

| | |
|---|---|
| **SIGNATORY FOR MINUTES:** | The Trustees present at the meeting have reviewed the draft of the minutes of this special meeting and<br><br>**RESOLVED** unanimously, that Yoel Weisz, as Secretary of the Corporation and proxy be authorized with the power and authority to execute the minutes on behalf of the Trustees present at the meeting pursuant to duly executed waivers of notice of meeting and in accordance with the Religious Corporations Law. |

There being no further business, the meeting was terminated.

IN WITNESS WHEREOF, the undersigned has acknowledged the minutes above as of September 5, 2022.

_____
Yoel Weisz, as Secretary

**WAIVER OF NOTICE OF MEETING**

**OF**

**THE BOARD OF TRUSTEES**

**OF**

**CENTRAL UNITED TALMUDICAL ACADEMY, also known as Keren Habinyan Hachudosh D'Rabeinu Yoel of Satmar BP, Bais Ruchel D'Satmar and Central UTA**

("the Corporation")

(pursuant to §2-b of the New York State Religious Corporations Law and §711 of the New York Not-for-Profit Corporation Law)

The Board's secretary convened a special meeting by the Corporation's Board to consider the merits and vote on a resolution to enter into the Deferred Prosecution Agreement, and ancillary documents (collectively "DPA") and pay a financial penalty to the United States of approximately $5,000,000 in order to end the ongoing investigation by the Eastern District of New York United States Attorney's office into the Corporation's alleged misconduct.

The Trustees have reviewed the DPA extensively and discussed the DPA with its legal advisors and its Oversight Committee and to discuss the merits of entering into the DPA.  The Corporation's attorneys have recently received a modified DPA.  The main purpose of this special meeting is to consider these changes, ensure that all Board members fully understand and agree to the terms of the DPA, as revised.

The undersigned Trustees of the Corporation hereby waive any and all notice for the special

meeting as may be required under the Corporation's By-laws, the New York Religious Corporations Law, or any applicable provision of the New York Not-For-Profit Corporation Law.

Dated as of September 5, 2022

Victor Frankel

meeting as may be required under the Corporation's By-laws, the New York Religious Corporations Law, or any applicable provision of the New York Not-For-Profit Corporation Law.

Dated as of September 5, 2022

_____

Cheskel Berkowitz

meeting as may be required under the Corporation's By-laws, the New York Religious Corporations Law, or any applicable provision of the New York Not-For-Profit Corporation Law.

Dated as of September 5, 2022

_____

Chaim Goldberger

meeting as may be required under the Corporation's By-laws, the New York Religious Corporations Law, or any applicable provision of the New York Not-For-Profit Corporation Law.

Dated as of September 5, 2022

_____

Abraham Brach

meeting as may be required under the Corporation's By-laws, the New York Religious Corporations Law, or any applicable provision of the New York Not-For-Profit Corporation Law.

Dated as of September 5, 2022

_____

Abe Kohn

meeting as may be required under the Corporation's By-laws, the New York Religious Corporations Law,

or any applicable provision of the New York Not-For-Profit Corporation Law.

Dated as of September 5, 2022

Avrum Yosef Friedman

meeting as may be required under the Corporation's By-laws, the New York Religious Corporations Law, or any applicable provision of the New York Not-For-Profit Corporation Law.

Dated as of September 5, 2022

_____
Jacob Kohn