# CENTRAL UNITED TALMUDICAL ACADEMY

## Policy & Procedures Manual

## Accounting and Financial Reporting
## and Child Nutrition Program

## Contents

COSO Framework-Control Environment.................................................................................................... 6

COSO Framework-Control Environment.................................................................................................... 7

COSO Framework-Control Environment.................................................................................................... 8

COSO Framework-Risk Assessment .......................................................................................................... 9

COSO Framework-Risk Assessment ........................................................................................................ 10

COSO Framework-Risk Assessment ........................................................................................................ 11

COSO Framework-Information and Communication................................................................................ 12

COSO Framework-Information and Communication................................................................................ 13

COSO Framework-Monitoring ................................................................................................................. 14

COSO Framework-Monitoring ................................................................................................................. 15

Administration-Conflict of Interest.......................................................................................................... 16

Administration-Whistleblower policy ...................................................................................................... 19

Administration-Document retention ....................................................................................................... 21

Administration-Reporting compensation ................................................................................................ 24

Cash Receipts-Control & deposit ............................................................................................................. 25

Cash Receipts-Recording ......................................................................................................................... 26

Bank Accounts-Authorization .................................................................................................................. 27

Bank Accounts-Closing............................................................................................................................. 28

Disbursements-Authorization.................................................................................................................. 29

Disbursements-Recording ....................................................................................................................... 30

Disbursements-Supporting documentation ............................................................................................ 31

Disbursements-Signature ........................................................................................................................ 32

Disbursements-Delivery .......................................................................................................................... 33

Disbursements-Transfers......................................................................................................................... 34

Investments ............................................................................................................................................. 35

Bank Reconciliation-Performance ........................................................................................................... 36

Registration and Tuition .......................................................................................................................... 37

Registration and Tuition-Invoices ........................................................................................................... 38

Registration and Tuition-Recording receivables..................................................................................... 39

Registration and Tuition-Timely recording ............................................................................................. 40

Registration and Tuition-Control receipts ............................................................................................... 41

Registration and Tuition-Adjustments..................................................................................................... 42

Registration and Tuition-Reconciliation .................................................................................................. 43

Vouchers-Registration ............................................................................................................................. 44

Vouchers-Billing control ............................................................................................................ 45

Vouchers-Attendance records .................................................................................................. 46

Vouchers-Review billing ............................................................................................................ 47

Vouchers-Timely billing ............................................................................................................. 48

Vouchers-Parent's fees.............................................................................................................. 49

Vouchers-Accounts receivable ................................................................................................. 50

Vouchers-Delayed billing ........................................................................................................... 51

Vouchers-Recording income...................................................................................................... 52

Fundraising-Control receipts ..................................................................................................... 53

Fundraising-Deposits ................................................................................................................. 54

Fundraising-Recording............................................................................................................... 55

Fundraising-Reconciliation ........................................................................................................ 56

Grant programs-Applications .................................................................................................... 57

Grant programs-Review............................................................................................................. 58

Grant programs-Recording ........................................................................................................ 59

Grant programs-Inventory......................................................................................................... 60

Fixed Assets and Equipment...................................................................................................... 61

Fixed Assets and Equipment-Depreciation ............................................................................... 62

Fixed Assets and Equipment-Depreciation ............................................................................... 63

Purchasing-Authorization .......................................................................................................... 64

Purchasing-Approved Vendors .................................................................................................. 65

Purchasing-Master list ............................................................................................................... 66

Purchasing-Control of goods ..................................................................................................... 67

Purchasing-Authorization of large ............................................................................................ 68

Accounts payable-Authorization ............................................................................................... 69

Accounts payable-Approval of invoices..................................................................................... 70

Accounts payable-Approval of payment .................................................................................... 71

Accounts payable-Delivery of payment...................................................................................... 72

Accounts payable-Master file .................................................................................................... 73

Accounts payable-Other disbursements ................................................................................... 74

Payroll-Hiring and Documentation ............................................................................................ 75

Payroll-Processor........................................................................................................................ 76

Payroll-Master file ..................................................................................................................... 77

Payroll-Reporting hours worked................................................................................................. 78

Payroll-Data input...................................................................................................................... 79

Payroll-Gross pay control ................................................................................................ 80

Payroll-Review ................................................................................................................ 81

Payroll-Authorization...................................................................................................... 82

Payroll-Parsonage ........................................................................................................... 83

Payroll-Recording ........................................................................................................... 84

Payroll-Recording to expense ......................................................................................... 85

Payroll-Distribution......................................................................................................... 86

Payroll-Overtime, Mandatory Sick Leave ...................................................................... 87

Payroll-Mandated fringe benefits................................................................................... 88

Payroll-Non-Mandated fringe benefits........................................................................... 89

Payroll-No Coupons ........................................................................................................ 90

Accounting...................................................................................................................... 91

Federal Funds-Food Program ......................................................................................... 92

Claims - attendance .................................................................................................. 92

Claims – Prepare claim forms ................................................................................... 93

Claims – Review claim forms .................................................................................... 94

Claims – Submit claim forms..................................................................................... 95

Claims – Record claim forms..................................................................................... 96

Receivables & receipts-Deposits............................................................................... 97

Receivables & receipts.............................................................................................. 98

Receivables & receipts-recording ............................................................................. 99

Receivables & receipts-Reconciliation.................................................................... 100

Procurement-Policy and Introduction ..................................................................... 101

Procurement-Methods ............................................................................................ 103

Procurement-Micro purchases ................................................................................ 104

Procurement-Small purchases................................................................................. 105

Procurement-Approved vendor list ......................................................................... 106

Procurement- Formal Competitive Bids .................................................................. 107

Procurement- Competitive Bids............................................................................... 108

Procurement- Noncompetitive (Sole Source) Proposals ......................................... 109

Procurement- Contracts .......................................................................................... 110

Procurement- Documentation................................................................................. 111

Procurement- Locally Owned, Minority-Owned, Female-Owned and Small Businesses ................... 112

Procurement of audit services................................................................................. 113

Purchases & payables-Orders.................................................................................. 114

Purchases & payables- Receiving deliveries ................................................................... 115

Purchases & payables-Authorizing invoices .................................................................. 116

Purchases & payables-Recording payables..................................................................... 117

Disbursements- Vendor master file................................................................................ 118

Disbursements- Authorizing payment............................................................................ 119

Disbursements- Preparing checks................................................................................... 120

Disbursements- Presenting for signature ....................................................................... 121

Disbursements- Signing checks...................................................................................... 122

Reconciling bank statements........................................................................................... 123

Reconciling-Review........................................................................................................ 124

Reconciling- Authorizing & posting adjustments.......................................................... 125

Reporting-Preparing reports........................................................................................... 126

Reporting-Review ........................................................................................................... 127

Reporting-Submission..................................................................................................... 128

Allowable activities-Job descriptions............................................................................. 129

Allowable activities-Supervision ................................................................................... 130

Allowable costs- Purchasing ......................................................................................... 131

Allowable costs-Authorizing ......................................................................................... 132

Eligibility-Applications .................................................................................................. 133

Eligibility-Verifying....................................................................................................... 134

Eligibility-Review........................................................................................................... 135

Period of performance-Authorizing payments............................................................... 136

Period of performance-Program closeout....................................................................... 137

Period of performance-Review....................................................................................... 138

Equipment-Authorization ............................................................................................... 139

Equipment-Inventory...................................................................................................... 140

Annual Renewal .............................................................................................................. 141

Annual self review .......................................................................................................... 142

Menus.............................................................................................................................. 143

Production reports ........................................................................................................... 144

Meal schedules ................................................................................................................ 145

Index: 10.01
Effective: June 1, 2018
Revised: June 1, 2018

## COSO Framework-Control Environment

Policy: The Board of Directors, management and employees of CUTA demonstrate a commitment to integrity and ethical values. The Board exercises oversight over the development and performance of internal control over financial reporting and compliance with laws, regulations, and the provisions of contracts or grants relative to government programs.  Our internal control system is designed to comply with the recommendations of Committee of Sponsoring Organizations of the Treadway Commission (COSO).

Procedure:   The Board has adopted this internal control manual that includes a rigorous monitoring and enforcement plan.  Members of the board understand that they are ultimately responsible for CUTA's compliance with all relevant laws, regulations and grant agreements.  The board will meet quarterly, in accordance with CUTA's bylaws.  The board secretary will provide the agenda and minutes to the Oversight Committee.

The Board will appoint an Oversight Committee.  At least two members of the committee will be licensed professionals with a background in law or accounting. They will have access to CUTA'a books and records, be authorized to hire an professional to examine sad books and records and to interview any employee of CUTA.  They will, further, be authorized to set policy and to revise this document as necessary.

This committee will meet and report their findings to the Board twice a year. Within 60 days of the Oversight Committees presentation, the Board will prepare a corrective action plan, including specific actions,  names of the individuals responsible and dates by which those responsible  must implement the plan.

Index: 10.02
Effective: June 1, 2018
Revised: June 1, 2018

## COSO Framework-Control Environment

Policy: The Board demonstrates a commitment to attract, develop, and retain competent individuals in alignment with financial reporting objectives and compliance objectives relative to government programs.

Procedure:  CUTA hires competent staff (preferably bi-lingual) with relevant background experience to ensure that staff is properly trained in their responsibilities and duties. CUTA provides all staff with training and technical guidance to help them understand regulatory requirements and the policies that we have developed to implement them. Supervisory staff are trained in applicable regulations and official policy and are entrusted with the responsibility to see to it that these policies are followed and enforced.

In addition to job-specific training, annual training will include a session on the importance of compliance with the relevant laws, regulations and grant agreements.  A second session will include the Oversight Committee's findings, with suggestions for improvement.

Index: 10.03
Effective: June 1, 2018
Revised: June 1, 2018

## COSO Framework-Control Environment

Policy:  CUTA holds management accountable for their internal control responsibilities and compliance objectives relative to financial reporting and government programs.

Procedure:  The Board performs annual evaluations of management's job performance. These evaluations consider the results of monitoring reviews and independent audits.

Index: 10.04
Effective: June 1, 2018
Revised: June 1, 2018

## COSO Framework-Risk Assessment

Policy: CUTA specifies objectives with sufficient clarity to enable the identification and assessment of risks relating to financial reporting objectives and compliance objectives.

Procedure:  Department directors attend training to ensure they are fully aware of compliance and financial reporting requirements.  Management consults with knowledgeable professionals, including independent accountants and outside counsel when necessary, to plan responses to risks identified by training sessions, program reviews and audits.

Index: 10.05
Effective: June 1, 2018
Revised: June 1, 2018

## COSO Framework-Risk Assessment

Policy: The Board considers the potential for fraud in assessing risks to the achievement of financial reporting objectives and compliance objectives.

Procedure:  Management consults with knowledgeable professionals, including independent accountants and outside counsel when necessary, to plan responses to identified fraud risks. These issues are discussed at Board meetings.

Index: 10.06
Effective: June 1, 2018
Revised: June 1, 2018

## COSO Framework-Risk Assessment

Policy: The Board identifies and assesses changes that could significantly impact the system of internal control and its compliance with laws, regulations, and the provisions of contracts or grants relative to government programs.

Procedure:  Board members discuss the impact of significant changes to programs and to financial reporting with attorneys and certified public accountants, including those performing monitoring reviews.

Index: 10.07
Effective: June 1, 2018
Revised: June 1, 2018

## COSO Framework-Information and Communication

Policy: CUTA obtains or generates and uses relevant, quality information to support the functioning of internal control over financial reporting and to comply with government award program requirements.

Procedure:  All necessary data are properly recorded using prescribed forms and defined reporting processes.  CUTA uses reliable, user-friendly accounting software and standardized forms to capture and communicate information.

Index: 10.08
Effective: June 1, 2018
Revised: June 1, 2018

## COSO Framework-Information and Communication

Policy: CUTA communicates information, including objectives and responsibilities for internal control, necessary to support the functioning of internal control over financial reporting and to comply with government award program requirements.

Procedure:  This internal control policy, including the *Food Program Policies and Procedures* (contained herein at Indices 80.01 through 93.05) and the *Program Administrative Guidance Manuals* (published by the New York State Education Department) provide the necessary information.

Index: 10.09
Effective: June 1, 2018
Revised: June 1, 2018

## COSO Framework-Monitoring

Policy: The Board performs regular evaluations to determine whether the components of internal control are present and functioning.

Procedure:  Board members evaluate management's performance, review the annual financial statements and meet with management at least quarterly.  The Board appoints an Oversight Committee to test and report whether the components of internal control are present and functioning.

Index: 10.10
Effective: June 1, 2018
Revised: June 1, 2018

## COSO Framework-Monitoring

Policy: CUTA evaluates and communicates internal control deficiencies in a timely manner to those parties responsible for taking corrective action, including senior management and the governing Board, as appropriate.

Procedure: All findings are communicated in writing to the responsible parties.  Management is required to develop, and share with the Board, corrective action plans in response to any identified deficiencies.

Index: 11.01
Effective: June 1, 2018
Revised: June 1, 2018

## Administration-Conflict of Interest

Policy:  CUTA requires disclosure of significant Conflicts of Interest related to any director, officer or member of the Board.

Procedure:
**Article I**
**Purpose**
The purpose of the conflict of interest policy is to protect Central UTA's (Organization) interest when it is contemplating entering into a transaction or arrangement that might benefit the private interest of an officer or director of the Organization or might result in a possible excess benefit transaction. This policy is intended to supplement but not replace any applicable state and federal laws governing conflict of interest applicable to nonprofit and charitable organizations.

**Article II**
**Definitions**
1. **Interested Person**
Any director, principal officer, or member of a committee with governing Board delegated powers, who has a direct or indirect financial interest, as defined below, is an interested person.

2. **Financial Interest**
A person has a financial interest if the person has, directly or indirectly, through business, investment, or family:

   **a.** An ownership or investment interest in any entity with which the Organization has a transaction or arrangement,

   **b.** A compensation arrangement with the Organization or with any entity or individual with which the Organization has a transaction or arrangement, or

   **c.** A potential ownership or investment interest in, or compensation arrangement with, any entity or individual with which the Organization is negotiating a transaction or arrangement. Compensation includes direct and indirect remuneration as well as gifts or favors that are not insubstantial. A financial interest is not necessarily a conflict of interest. Under Article III, Section 2, a person who has a financial interest may have a conflict of interest only if the appropriate governing Board or committee decides that a conflict of interest exists.

**Article III**
**Procedures**
1. **Duty to Disclose**
In connection with any actual or possible conflict of interest, an interested person must disclose the existence of the financial interest and be given the opportunity to disclose all

material facts to the directors and members of committees with governing Board delegated powers considering the proposed transaction or arrangement.

2. **Determining Whether a Conflict of Interest Exists**

After disclosure of the financial interest and all material facts, and after any discussion with the interested person, he/she shall leave the governing Board or committee meeting while the determination of a conflict of interest is discussed and voted upon. The remaining Board or committee members shall decide if a conflict of interest exists.

3. **Procedures for Addressing the Conflict of Interest**

    **a.** An interested person may make a presentation at the governing Board or committee meeting, but after the presentation, he/she shall leave the meeting during the discussion of, and the vote on, the transaction or arrangement involving the possible conflict of interest.

    **b.** The chairperson of the governing Board or committee shall, if appropriate, appoint a disinterested person or committee to investigate alternatives to the proposed transaction or arrangement.

    **c.** After exercising due diligence, the governing Board or committee shall determine whether the Organization can obtain with reasonable efforts a more advantageous transaction or arrangement from a person or entity that would not give rise to a conflict of interest.

    **d.** If a more advantageous transaction or arrangement is not reasonably possible under circumstances not producing a conflict of interest, the governing Board or committee shall determine by a majority vote of the disinterested directors whether the transaction or arrangement is in the Organization's best interest, for its own benefit, and whether it is fair and reasonable. In conformity with the above determination it shall make its decision as to whether to enter into the transaction or arrangement.

4. **Violations of the Conflicts of Interest Policy**

    **a.** If the governing Board or committee has reasonable cause to believe a member has failed to disclose actual or possible conflicts of interest, it shall inform the member of the basis for such belief and afford the member an opportunity to explain the alleged failure to disclose.

    **b.** If, after hearing the member's response and after making further investigation as warranted by the circumstances, the governing Board or committee determines the member has failed to disclose an actual or possible conflict of interest, it shall take appropriate disciplinary and corrective action.

**Article IV**
**Records of Proceedings**

The minutes of the governing Board and all committees with Board delegated powers shall contain:

    **a.** The names of the persons who disclosed or otherwise were found to have a financial interest in connection with an actual or possible conflict of interest, the nature of the financial interest, any action taken to determine whether a conflict of interest was present, and the governing Board's or committee's decision as to whether a conflict of interest in fact existed.

    **b.** The names of the persons who were present for discussions and votes relating to the transaction or arrangement, the content of the discussion, including any alternatives to the proposed transaction or arrangement, and a record of any votes taken in connection with the proceedings.

**Article V**
**Compensation**

    **a.** A voting member of the governing Board who receives compensation, directly or indirectly, from the Organization for services is precluded from voting on matters pertaining to that member's compensation.

    **b.** A voting member of any committee whose jurisdiction includes compensation matters and who receives compensation, directly or indirectly, from the Organization for services is precluded from voting on matters pertaining to that member's compensation.

    **c.** No voting member of the governing Board or any committee whose jurisdiction includes compensation matters and who receives compensation, directly or indirectly, from the Organization, either individually or collectively, is prohibited from providing information to any committee regarding compensation.

**Article VI**
**Annual Statements**

Each director, principal officer and member of a committee with governing Board delegated powers shall annually sign a statement which affirms such person:

    **a.** Has received a copy of the conflicts of interest policy,

    **b.** Has read and understands the policy,

    **c.** Has agreed to comply with the policy, and

    **d.** Understands the Organization is charitable and in order to maintain its federal tax exemption it must engage primarily in activities which accomplish one or more of its tax-exempt purposes.

**Article VII**
**Periodic Reviews**

To ensure the Organization operates in a manner consistent with charitable purposes and does not engage in activities that could jeopardize its tax-exempt status, periodic reviews shall be conducted. The periodic reviews shall, at a minimum, include the following subjects:

    **a.** Whether compensation arrangements and benefits are reasonable, based on competent survey information and the result of arm's length bargaining.

    **b.** Whether partnerships, joint ventures, and arrangements with management organizations conform to the Organization's written policies, are properly recorded, reflect reasonable investment or payments for goods and services, further charitable purposes and do not result in inurement, impermissible private benefit or in an excess benefit transaction.

**Article VIII**
**Use of Outside Experts**

When conducting the periodic reviews as provided for in Article VII, the Organization will use outside advisors. If outside experts are used, their use shall not relieve the governing Board of its responsibility for ensuring periodic reviews are conducted.

Index: 12.01
Effective: June 1, 2018
Revised: June 1, 2018

## Administration-Whistleblower policy

Policy:  No director, officer or employee who in good faith reports a violation of the Policy shall suffer harassment, retaliation or adverse employment consequence.  Whistleblowers report to an Oversight Committee, an entity outside of CUTA's management.

Procedure:
**General**
Central UTA (Organization) Policy requires directors, officers and employees to observe high standards of business and personal ethics in the conduct of their duties and responsibilities. Employees and representatives of the Organization must practice honesty and integrity in fulfilling their responsibilities and comply with all applicable laws and regulations.

**Reporting Responsibility**
It is the responsibility of all directors, officers and employees to comply with the Policy and to report violations or suspected violations in accordance with this Whistleblower Policy.

**No Retaliation**
No director, officer or employee who in good faith reports a violation of the Policy shall suffer harassment, retaliation or adverse employment consequence. An employee who retaliates against someone who has reported a violation in good faith is subject to discipline up to and including termination of employment. This Whistleblower Policy is intended to encourage and enable employees and others to raise serious concerns within the Organization prior to seeking resolution outside the Organization.

**Reporting Violations**
The Policy addresses the Organization's open door policy and suggests that employees share their questions, concerns, suggestions or complaints with someone who can address them properly. In most cases, an employee's supervisor is in the best position to address an area of concern. However, if you are not comfortable speaking with your supervisor or you are not satisfied with your supervisor's response, you are encouraged to speak with someone in the Human Resources Department or anyone in management whom you are comfortable in approaching. Supervisors and managers are required to report suspected violations of the Policy of Conduct to the Organization's Executive Director, who has specific and exclusive responsibility to investigate all reported violations. For suspected fraud, or when you are not satisfied or uncomfortable with following the Organization's open door policy, individuals may contact the CUTA Oversight Committee directly.  A telephone number for the Oversight Committee is posted in each administrative office.

**Executive Director**
The Organization's Executive Director is responsible for investigating and resolving all

---

reported complaints and allegations concerning violations of the Policy and, at his discretion, shall advise the audit committee. The Executive Director has direct access to the audit committee of the Board of Directors and is required to report to the audit committee at least annually on compliance activity. The Organization's Executive Director is the chair of the audit committee.

**Accounting and Auditing Matters**
The audit committee of the Board of Directors shall address all reported concerns or complaints regarding corporate accounting practices, internal controls or auditing. The Executive Director shall immediately notify the audit committee of any such complaint and work with the committee until the matter is resolved.

**Acting in Good Faith**
Anyone filing a complaint concerning a violation or suspected violation of the Policy must be acting in good faith and have reasonable grounds for believing the information disclosed indicates a violation of the Policy. Any allegations that prove not to be substantiated and which prove to have been made maliciously or knowingly to be false will be viewed as a serious disciplinary offense.

**Confidentiality**
Violations or suspected violations may be submitted on a confidential basis by the complainant or may be submitted anonymously. Reports of violations or suspected violations will be kept confidential to the extent possible, consistent with the need to conduct an adequate investigation.

**Handling of Reported Violations**
The Executive Director will notify the sender and acknowledge receipt of the reported violation or suspected violation within five business days. All reports will be promptly investigated and appropriate corrective action will be taken if warranted by the investigation.

Index: 13.01
Effective: June 1, 2018
Revised: June 1, 2018

# Administration-Document retention

**Policy:** This policy provides for the systematic review, retention, and destruction of documents received or created by the Organization in connection with the transaction of organization business.

**Procedure:** This policy covers all records and documents, regardless of physical form, contains guidelines for how long certain documents should be kept, and how records should be destroyed (unless under a legal hold). The policy is designed to ensure compliance with federal and state laws and regulations, to eliminate accidental or innocent destruction of records, and to facilitate the Organization's operations by promoting efficiency and freeing up valuable storage space.

**Document Retention**
The Organization follows the document retention procedures outlined below. Documents that are not listed, but are substantially similar to those listed in the schedule, will be retained for the appropriate length of time.

**Corporate Records**

| | |
|---|---|
| Articles of Incorporation | Permanent |
| Board/Membership Minutes and Resolutions | Permanent |
| Board Policies | Permanent |
| Bylaws | Permanent |
| IRS Application for Tax-Exempt Status (Form 1023) | Permanent |
| IRS Determination Letter | Permanent |
| State Sales Tax Exemption Letter | Permanent |
| Contracts (after expiration) | 7 years |
| Correspondence (general) | 3 years |

**Accounting and Tax Records**

| | |
|---|---|
| Business Expense Records | 7 years |
| Journal Entries | 7 years |
| Invoices | 7 years |
| Sales Records | 5 years |
| Petty Cash Vouchers | 3 years |
| Cash & Credit Card Receipts | 3 years |

**Bank Records**

| | |
|---|---|
| Check Registers | 7 years |
| Bank Deposit Slips | 7 years |
| Bank Statements and Reconciliation | 7 years |
| Electronic Fund Transfer Documents | 7 years |

**Donor and Grant Records**

| | |
|---|---|
| Donor Records and Acknowledgment Letters | 7 years |
| Grant Applications and Records | 7 years after completion |

**Payroll and Employment Tax Records**

| | |
|---|---|
| Payroll Registers | Permanent |
| State Unemployment Tax Records | Permanent |
| Earnings Records | 7 years |
| Garnishment Records | 7 years |
| Payroll Tax Returns | 7 years |
| W-2 Statements | 7 years |

**Employee Records**

| | |
|---|---|
| Employment and Termination Agreements | Permanent |
| Retirement and Pension Plan Documents | Permanent |
| Records Relating to Promotion, Demotion, Discharge | 7 years after termination |
| Accident Reports and Worker's Compensation Records | 5 years |
| Salary Schedules | 5 years |
| Employment Applications | 3 years |
| I-9 Forms | 3 years after termination |
| Time Cards | 2 years |
| Compensation reports issued | 7 years |

**Legal, Insurance, and Safety Records**

| | |
|---|---|
| Appraisals | Permanent |
| Insurance Policies | 7 years after expiration |
| Real Estate Documents | Permanent |
| Stock and Bond Records | Permanent |
| Leases | 6 years after expiration |
| OSHA Documents | 5 years |
| General Contracts | 3 years after termination |
| Child Nutrition Program (CNP) records | 3 years plus the current year |

The Executive Director and Program Director will have knowledge of the location and have access to all CNP records. The records will be accessible immediately upon request or a reasonable timeframe thereafter.

**Electronic Documents and Records**
Electronic documents will be retained as if they were paper documents. Therefore, any electronic files, including records of donations made online, that fall into one of the document types on the above schedule will be maintained for the appropriate amount of time. If a user has sufficient reason to keep an e-mail message, the message should be printed in hard copy and kept in the appropriate file or moved to an "archive" computer file folder. Backup and recovery methods will be tested on a regular basis.

**Emergency Planning**

The Organization's records will be stored in a safe, secure, and accessible manner. Documents and financial files that are essential to keeping the Organization operating in an emergency will be duplicated or backed up at least every week and maintained offsite. The Executive Director and at minimum one other individual designated by the Board will have knowledge of the location and have access to all pertinent documents.

**Document Destruction**

The Organization's Controller is responsible for the ongoing process of identifying its records, which have met the required retention period, and overseeing their destruction. Destruction of financial and personnel-related documents will be accomplished by shredding.

Document destruction will be suspended immediately, upon any indication of an official investigation or when a lawsuit is filed or appears imminent. Destruction will be reinstated upon conclusion of the investigation.

**Compliance**

Failure on the part of employees to follow this policy can result in possible civil and criminal sanctions against the Organization and its employees and possible disciplinary action against responsible individuals. The Controller will periodically review these procedures with legal counsel or the Organization's certified public accountant to ensure that they are in compliance with new or revised regulations.

Index: 14.01
Effective: June 1, 2018
Revised: June 1, 2018

## Administration-Reporting compensation

Policy: CUTA acknowledges the importance of accurately recording and reporting all forms of compensation paid to its employees. All forms of employee compensation are accurately tracked in CUTA's internal records.  CUTA complies with relevant laws and regulations on employee compensation, and all compensation is properly and accurately disclosed to the relevant government agency, to the extent such reporting is required.

Procedure: The Payroll/HR director is charged with keeping accurate payroll records and completing required compensation reports.  He will ensure that the Gross Pay Quickbooks record (a separate system used only to control payroll) includes all compensation, regardless of  form, paid to each employee.

He will not issue income verification reports other than a copy of employee's pay stub.

Index: 15.01
Effective: June 1, 2018
Revised: June 1, 2018

## Cash Receipts-Control & deposit

Policy: Checks and cash received must be adequately controlled, endorsed and deposited promptly.

Procedure: All donations arrive by check to the Banking Manager.  He makes the bank deposits.  Congregation Bais Aharon (CBA) provides a monthly report of all its donations to CUTA (which comprise the majority of all donations received).   The Controller compares the list to the bank deposits, to ensure all funds received were deposited.

Checks and cash in payment of tuition and fees are controlled by the tuition personnel.  After they have entered the day's receipts, they reconcile the actual checks on hand to the tuition system report.  They attach the tuition system report to an excel list of the checks and deposit the checks to the bank.  They keep these reconciliations.

Occasional other checks, such as tax and utility refunds and insurance reimbursements are received by mail, delivered to the Controller, who records the receipt, and given to the Banking Manager for deposit.   The Executive Director ensures such receipts by are not misplaced by being aware of the expected refund or payment.

Index: 15.02
Effective: June 1, 2018
Revised: June 1, 2018

## Cash Receipts-Recording

Policy: Receipts are to be recorded in the cash receipts journal promptly; appropriately coded as to general ledger account.

Procedure: The Banking Manager delivers the deposit slips to the Controller. The Controller records deposits of fundraising receipts as income. He records receipts of tuition as credits to accounts receivable.

Index: 15.03
Effective: June 1, 2018
Revised: June 1, 2018

## Bank Accounts-Authorization

Policy: No bank account may be opened without Board of Directors' approval.

Procedure: If a contract or grant agreement requires a separate bank account, the account is established only after authorization by the Board of Directors or a committee authorized by the Board of Directors. Otherwise all receipts are deposited to, and checks are drawn on the Organization's operating bank account.

Index: 15.04
Effective: June 1, 2018
Revised: June 1, 2018

## Bank Accounts-Closing

Policy: Unnecessary bank accounts are closed as soon as possible.

Procedure: The Controller and the Banking Manager identify unused or unnecessary bank accounts and close them as soon as practical after all outstanding checks have cleared.

Index: 15.05
Effective: June 1, 2018
Revised: June 1, 2018

## Disbursements-Authorization

Policy: Checks are to be prepared based upon appropriate authorization.

Procedure: Before the end of each week, the accounts payable clerks present to the Controller a folder of invoices to pay.  He reviews the documents, ensures the invoices are recorded in the proper period and instructs the accounts payable clerks which checks to prepare.

Other disbursements are requested by the Executive Director or others.  The checks are written by the accounts payable clerks reviewed by the Controller and given to the Executive Director to sign.

Index: 15.06
Effective: June 1, 2018
Revised: June 1, 2018

# Disbursements-Recording

Policy: Checks are to be recorded in the Disbursements Journal as they are written.

Procedure: Manual checks are not allowed.  All checks are prepared by the accounts payable clerks in the QuickBooks system.

Index: 15.07
Effective: June 1, 2018
Revised: June 1, 2018

## Disbursements-Supporting documentation

Policy: Checks are to be presented for signature with supporting documentation.

Procedure: The checks with supporting documentation are given to the Executive Director for signature.

Index: 15.08
Effective: June 1, 2018
Revised: June 1, 2018

## Disbursements-Signature

Policy: Checks are signed by authorized persons.

Procedure: Only the Executive Director and three Board members are authorized to sign checks.

Index: 15.09
Effective: June 1, 2018
Revised: June 1, 2018

## Disbursements-Delivery

Policy: After being signed, checks are delivered promptly.

Procedure: The Executive Director reviews the supporting documentation, signs the checks and returns them to the Controller. Either the Controller or the clerks mail the checks.

Index: 15.10
Effective: June 1, 2018
Revised: June 1, 2018

## Disbursements-Transfers

Policy: Cash transfers are to be promptly recorded in the respective general ledger accounts.

Procedure: The Controller authorizes transfers and records them in QuickBooks.  Wire transfers are authorized by authorized signers on the bank account.

Index: 16.01
Effective: June 1, 2018
Revised: June 1, 2018

## Investments

Policy: Investments that benefit CUTA's educational program are allowed, upon the approval of the Board of Directors.

Procedure: CUTA owns and is the beneficiary of life insurance policies on the life of religious teachers (melamid) in the boys school. The policies are purchased when the teacher has been employed for one year. The contracts are held by the Payroll/HR manager. The premiums are paid monthly by an Automatic Clearing House (ACH) transaction. The payroll director reviews the ACH charge. The Controller records the cost of insurance to expense and the increase in the cash value to an asset account.

When a covered teacher leaves CUTA, the teacher has the option to take ownership of the policy. He may then change the beneficiaries.

In the event a covered teacher dies while employed by CUTA, the Board of Directors may, at its sole discretion, pay the death benefit to the family.

Index: 20.01
Effective: June 1, 2018
Revised: June 1, 2018

## Bank Reconciliation-Performance

Policy: Cash on deposit with the bank is proved through the preparation of a reconciliation of the company's record of cash in the bank and the bank's record of the company's cash that is on deposit.

Procedure: Upon receipt of the monthly bank statement including cleared checks, deposit slips and any other transaction notifications, the bookkeeper prepares the monthly bank. reconciliation using the computer system bank reconciliation module.
Each check that cleared is compared to the check register. The bookkeeper compares the payee, date and amount and any evident changes are to be brought to the attention of the Controller.

All reconciling items such as interest, bank charges and recording errors are summarized and drafted in journal entry form for recording into the general ledger.

Further, any outstanding checks over one year old are reviewed for disposition including write-off by journal entry.

All bank reconciliations are completed within 30 days of receipt of the statement. Reconciliation is prepared for each account, every month. The bookkeeper signs and dates each bank reconciliation. This is reviewed and signed by the Controller.

Index: 30.01
Effective: June 1, 2018
Revised: June 1, 2018

# Registration and Tuition

Policy: To be registered as students, applicants must be first approved by the relevant principal.

Procedure: The tuition personnel enter student applications in the Dynamic Data Concepts (DDC) system (the tuition system).  They send a list of applicants to the relevant principal and receive a list of accepted children by fax from the principal.

Index: 30.02
Effective: June 1, 2018
Revised: June 1, 2018

# Registration and Tuition-Invoices

Policy: Invoices are prepared from registration data, based on established prices.

Procedure: The tuition system is programmed to produce an invoice for each active student. The system uses standard rates by default. The tuition personnel may enter custom rates; in that case, the system bills the custom rate. The tuition personnel print and mail the monthly invoices from the tuition system. In the first month of the school year, invoices include building fund, registration and transportation. Pre-school children with Day Care Vouchers are fully funded and are not charged tuition.

Index: 30.03
Effective: June 1, 2018
Revised: June 1, 2018

# Registration and Tuition-Recording receivables

Policy: Receivables are recorded when billing or claims are submitted.

Procedure: The tuition system records receivables by family when the invoices are printed.

Index: 30.04
Effective: June 1, 2018
Revised: June 1, 2018

# Registration and Tuition-Timely recording

Policy: Revenue and receivables are recorded timely in the general ledger.

Procedure: The Controller receives reports from the tuition system to record the monthly tuition and fees billed.  The Controller records these transactions monthly.

Index: 30.05
Effective: June 1, 2018
Revised: June 1, 2018

## Registration and Tuition-Control receipts

Policy: Revenue and fee receipts are properly controlled and promptly recorded.

Procedure: The tuition personnel receive all payments and enter them into the tuition system daily. After they have entered the day's receipts, they reconcile the actual checks on hand to the tuition system report. They also reconcile the receipts that appear on the Credit Card Processor's website to the tuition system report of receipts. They attach the tuition system report to an excel list of the checks and deposit the checks to the bank.  They keep these reconciliations.

Index: 30.06
Effective: June 1, 2018
Revised: June 1, 2018

# Registration and Tuition-Adjustments

Policy: Adjustments to accounts receivable are properly controlled and recorded.

Procedure: When adjustments to accounts receivable for tuition are necessary, the tuition personnel enter a credit either as a monthly adjustment or a reduction of the annual price, depending upon the circumstances.  Any member of a committee of Board members may approve the adjustments. A note is entered in the tuition system that says who approved the adjustment, and who entered the adjustment in the system. Every transaction entered to the tuition system is logged.  The log cannot be changed. They print a monthly report of adjustments to have it signed by a committee member.

Index: 30.07
Effective: June 1, 2018
Revised: June 1, 2018

# Registration and Tuition-Reconciliation

Policy: The accounts receivable balance is reconciled monthly to valid source documents.

Procedure: The tuition directors print monthly reports of charges, receipts, adjustments and accounts receivable balances for the Controller to enter and reconcile to QuickBooks.  A bookkeeper does this reconciliation monthly. The Controller reviews the reconciliation.

Index: 32.01
Effective: June 1, 2018
Revised: June 1, 2018

## Vouchers-Registration

Policy: Registered students may pay for pre-school or after-school with NYC Day Care vouchers.

Procedure: Parents bring a Child Placement Notice to the CUTA office.  The vouchers staff completes a NYC form indicating the child has been accepted.

Index: 32.02
Effective: June 1, 2018
Revised: June 1, 2018

## Vouchers-Billing control

Policy: Billing for voucher services is properly controlled.

Procedure: The school receives a paper Voucher (ACS 1) from NYC.  This form lists each enrolled child by name.  Each child's attendance in the pre-school or after-school program is reported on the ACS 1.

Index: 32.03
Effective: June 1, 2018
Revised: June 1, 2018

# Vouchers-Attendance records

Policy: Billing for voucher services is based on accurate attendance records.

Procedure: In the Boys division (Cheder), one person is assigned to take attendance each day. In the Girls School, one person obtains attendance records from the teachers. The attendance records list each student by name, not only those enrolled in the voucher program.  They bring the attendance records to the vouchers director. Under the oversight of the vouchers director, a secretary enters the attendance data for enrolled children only, into an Excel file.  From the Excel attendance record, they complete Form ACS 1.

Index: 32.04
Effective: June 1, 2018
Revised: June 1, 2018

## Vouchers-Review billing

Policy: Billing for voucher services is reviewed for accuracy.

Procedure: The Executive Director reviews and signs the voucher.

Index: 32.05
Effective: June 1, 2018
Revised: June 1, 2018

## Vouchers-Timely billing

Policy: Billing for voucher services is submitted timely.

Procedure: Vouchers staff mails the voucher to New York City's contractor YMS Associates. Payment is received directly to the CUTA bank account.  Vouchers staff submits six claims: pre-school and after school for each of three sites.

Index: 32.06
Effective: June 1, 2018
Revised: June 1, 2018

# Vouchers-Parent's fees

Policy: Parent's fees are collected as required.

Procedure: Some parents are required to pay a fee to the school.  The fee, usually between $9 and $15 a month, is listed on Form ACS 1.  CUTA Tuition Personnel collects an estimate of the annual fee at registration.

Index: 32.07
Effective: June 1, 2018
Revised: June 1, 2018

## Vouchers-Accounts receivable

Policy: Voucher fees receivable are properly controlled.

Procedure: On the Agency for Children's Services (ACS) childcare payment portal, the vouchers director can see the payment detail.  A secretary matches the claim amounts to the remittances.

Index: 32.08
Effective: June 1, 2018
Revised: June 1, 2018

## Vouchers-Delayed billing

Policy: Billing for delayed registration is properly submitted.

Procedure: Frequently, students are dropped by ACS from Form ACS 1 due to eligibility issues.  CUTA usually receives a 10-day notice of dropped enrollment. When a student is retroactively re-enrolled by ACS, a secretary prepares a supplemental claim form to claim for the past months.

Index: 32.09
Effective: June 1, 2018
Revised: June 1, 2018

## Vouchers-Recording income

Policy: Voucher income is properly recorded in the GL.

Procedure: The Controller visits the ACS childcare payment portal to determine the amount to record as income and/or receivable.  A bookkeeper prepares the entry and the Controller reviews it.

Index: 34.01
Effective: June 1, 2018
Revised: June 1, 2018

## Fundraising-Control receipts

Policy: Proceeds of solicitation are properly controlled.

Procedure: Several Board members solicit donations for CUTA directly.  Most fundraising comes from Cong. Bais Aharon (CBA).

Index: 34.02
Effective: June 1, 2018
Revised: June 1, 2018

# Fundraising-Deposits

Policy: Proceeds of solicitation are promptly deposited.

Procedure:  All donations arrive by check to the Banking Manager.  He makes the bank deposits.

Index: 34.03
Effective: June 1, 2018
Revised: June 1, 2018

# Fundraising-Recording

Policy: Proceeds of solicitation are properly recorded in the general ledger.

Procedure: The Controller receives the deposit slips and records the deposits as income.

Index: 34.04
Effective: June 1, 2018
Revised: June 1, 2018

# Fundraising-Reconciliation

Policy: Fundraising income is reconciled to source documents.

Procedure: CBA provides a monthly report of all donations to CUTA.   The Controller compares the list to the bank deposits.  He retains the list as an audit trail.

Index: 36.01
Effective: June 1, 2018
Revised: June 1, 2018

# Grant programs-Applications

Policy: Grant applications and claims are prepared by knowledgeable managers.

Procedure:  A third-party New York City Contractor coordinates the New York State Textbook Law (NYSTL), Title 1, Title 2 and Title 3 programs.  NYSTL provides books, computers & software.  Title 1 provides tutoring.  Title 2 provides teacher training.  Title 3 provides teacher training, books and educational supplies. The Contractor receives the allocation notice from Builders of Jewish Education (BJE), asks the principals what they need and submits an order to SED's Office of Non-Public-School Services.

Claims for Mandated Services Aid (MSA) and Comprehensive Attendance Policy (CAP) funding are prepared by the Assistant Executive Director.  He collects data from the principals and other sources and enters it in SED's online portal.

Index: 36.02
Effective: June 1, 2018
Revised: June 1, 2018

## Grant programs-Review

Policy: Grant applications and claims are reviewed for accuracy before submission.

Procedure:  The Executive Director reviews NYSTL, Title 1, 2 & 3, MSA and CAP claims before they are submitted.

Index: 36.03
Effective: June 1, 2018
Revised: June 1, 2018

## Grant programs-Recording

Policy: Grant income is properly recorded in the general ledger.

Procedure:  The Executive Director sends a copy of grant documents to the Controller. The Controller determines which in-kind grants qualify for reporting under Generally Accepted Accounting Principles and records those grants as well as the cash grants (MSA and CAP) in the correct period.

Index: 36.04
Effective: June 1, 2018
Revised: June 1, 2018

# Grant programs-Inventory

Policy: Grant assets are properly recorded and controlled

Procedure:  A bookkeeper, supervised by the Controller, keeps a list of textbooks on loan and other assets received under NYSTL and Title 3 programs. The list is supported by grant documents. Once a year the Controller instructs a bookkeeper to compare the books, educational materials and computers on hand to the list. Discrepancies are reported to the Controller for resolution.

Index: 40.01
Effective: June 1, 2018
Revised: June 1, 2018

# Fixed Assets and Equipment

Policy: Assets whose costs exceeds a threshold are recorded as fixed assets.

Procedure: Assets that cost $25,000 or more are capitalized.

Index: 40.02
Effective: June 1, 2018
Revised: June 1, 2018

# Fixed Assets and Equipment-Depreciation

Policy: Fixed assets are depreciated.

Procedure: Assets that cost $25,000 or more are capitalized and added to the depreciation schedule maintained by the Controller.

Index: 40.03
Effective: June 1, 2018
Revised: June 1, 2018

## Fixed Assets and Equipment-Depreciation

Policy: Purchases of fixed assets are properly authorized.

Procedure: Furniture and equipment purchases are subject to procurement procedures described elsewhere.  Purchases of real estate are approved by at least three Board members at a Board meeting.

Index: 50.01
Effective: June 1, 2018
Revised: June 1, 2018

## Purchasing-Authorization

Policy: Purchases are properly authorized.

Procedure: The Assistant Executive Director prepares purchase orders (PO) using an Access template.  He emails the PO to the vendor.  Each purchase order includes PO number, date PO created, delivery date, delivery location, billing address and contact information.

Index: 50.02
Effective: June 1, 2018
Revised: June 1, 2018

## Purchasing-Approved Vendors

Policy: Purchases are limited to approved vendors.

Procedure: The PO system provides a contracted (called "preferred" in the system) vendor for food program purchases.  Purchases for other departments are limited to vendors who are listed in the system.

Index: 50.03
Effective: June 1, 2018
Revised: June 1, 2018

## Purchasing-Master list

Policy: The vendor master list is controlled.

Procedure: The vendor master list can be changed by the Controller

Index: 50.04
Effective: June 1, 2018
Revised: June 1, 2018

## Purchasing-Control of goods

Policy: Goods purchased are properly controlled upon receipt.

Procedure:  At each site, the corresponding building manager or his delegate examines each delivery and signs the packing slip to indicate the goods were received in the quantity stated.

Index: 50.05
Effective: June 1, 2018
Revised: June 1, 2018

## Purchasing-Authorization of large

Policy: Major Purchases are properly authorized.

Procedure: Equipment that costs $25,000 or less may be purchased by the usual purchasing policy, with approval of the Executive Director. Equipment and real estate that costs more than $25,000 needs written approval of a Board member.

Index: 60.01
Effective: June 1, 2018
Revised: June 1, 2018

## Accounts payable-Authorization

Policy: Authorized invoices are entered into the accounts payable system.

Procedure: Accounts payable clerks match invoices to POs and to signed delivery documents and enter the invoices into QuickBooks. They scan the invoices and the related documents into QuickBooks.

Index: 60.02
Effective: June 1, 2018
Revised: June 1, 2018

## Accounts payable-Approval of invoices

Policy: Checks are written based on approved invoices.

Procedure: Before the end of the week, the accounts payable clerks present to the Controller a folder of invoices to pay.  He reviews the documents, ensures the invoices are recorded in the proper period and instructs the accounts payable clerks which checks to prepare.

Index: 60.03
Effective: June 1, 2018
Revised: June 1, 2018

## Accounts payable-Approval of payment

Policy: Approved checks are presented for signature.

Procedure: The checks with supporting documentation are given to the Executive Director for signature.

Index: 60.04
Effective: June 1, 2018
Revised: June 1, 2018

## Accounts payable-Delivery of payment

Policy: Signed checks are promptly delivered to the payee.

Procedure: The Executive Director reviews and signs the checks and returns them to the Controller. Either the Controller or the clerks mail the checks.

Index: 60.05
Effective: June 1, 2018
Revised: June 1, 2018

## Accounts payable-Master file

Policy: The vendor master file is properly controlled.

Procedure: The Controller and the Executive Director have access to the vendor master file to add and delete vendors.

Index: 60.06
Effective: June 1, 2018
Revised: June 1, 2018

## Accounts payable-Other disbursements

Policy: Other disbursements are properly authorized before payment.

Procedure: Other disbursements are requested by the Executive Director or others. The checks are written by the accounts payable clerks or by the Controller for the Executive Director to sign.

Index: 70.00
Effective: June 1, 2018
Revised: June 1, 2018

# Payroll-Hiring and Documentation

Policy: CUTA documents every worker in accordance with relevant regulations.

Procedure: Employees are hired by each department head as necessary, with the approval of the Executive Director.

Before they begin work, each new employee visits the payroll director to present their completed Form I-9 and related documentation, Form W-4 and any other documents required by regulations, depending upon their job assignment.

The payroll director maintains a file for each employee. The file includes a completed Form I-9, the most recent Form w-4, a signed copy of the employee's Notice and Acknowledgement of Pay Rate and Payday, Health Insurance op-out form and other relevant documents.

Index: 70.01
Effective: June 1, 2018
Revised: June 1, 2018

# Payroll-Processor

Policy: CUTA uses a professional payroll processor to ensure proper tax withholding and reporting.

Procedure: CUTA pays all employees biweekly except the Girls School teachers who are paid monthly. CUTA uses a professional payroll processor to process payroll and file the taxes.

Index: 70.02
Effective: June 1, 2018
Revised: June 1, 2018

## Payroll-Master file

Policy: Access to the payroll master file is controlled.

Procedure: The payroll/HR director and his secretaries have access to and can change the payroll master file.

Index: 70.03
Effective: June 1, 2018
Revised: June 1, 2018

# Payroll-Reporting hours worked

Policy: Hours worked, or presence of salaried workers, is securely recorded and reported.

Procedure: Hours worked (or days present, for salaried staff) are reported differently for different classes of employees, as follows:

- o  Maintenance workers record their time by "punching in" to payroll time clocks.  The managers send a printout of time put in by each employee for the pay period.  Each printout is signed by the manager to indicate his approval. The payroll director's secretaries summarize the time records onto one Excel work sheet.
- o  Girls School teacher's and English teacher's absence is reported by the secretary of each site.  The report lists absences  each day of the month. Per-diem teacher's attendance is reported by the secretary of each site, for each day of the month.
- o  The Cheder teachers (melamdim), principals, school secretaries and General studies teachers are paid on a salary basis.  The Cheder principal (Menahel) reports their presence or absence to the payroll director.
- o  Administrative employees are paid on salary, except for the clerical staff who "punch in" the time clock.  The payroll director reviews the time reported for reasonableness.

Index: 70.04
Effective: June 1, 2018
Revised: June 1, 2018

## Payroll-Data input

Policy: Payroll data is accurately input into the payroll servicer's system.

Procedure: The payroll clerks input the payroll data into the patrol processor's system on-line, with the payroll director's oversight.  The payroll director reviews their input before he approves the pre-processing report.

Index: 70.05
Effective: June 1, 2018
Revised: June 1, 2018

# Payroll-Gross pay control

Policy: Gross pay due to each employee is properly controlled.

Procedure: The payroll clerks also enter an invoice into QuickBooks for each employee.   Most of these invoices are standard, recurring entries.  When a salaried worker has earned additional pay for an additional project or hours, they enter a second invoice. These QuickBooks files are used for control of payroll only; not for the GL or reporting

Index: 70.06
Effective: June 1, 2018
Revised: June 1, 2018

## Payroll-Review

Policy: Before processing payroll, a pre-processing report is compared to supporting documents.

Procedure: The secretaries run a QuickBooks "all vendor balance report" and compare the report to the payroll processor's pre-processing review report.   This is the key control over payroll.

Index: 70.07
Effective: June 1, 2018
Revised: June 1, 2018

## Payroll-Authorization

Policy: Payroll processing is properly authorized.

Procedure: When the reports agree, the payroll director tells the payroll processor to process the payroll.

Index: 70.08
Effective: June 1, 2018
Revised: June 1, 2018

## Payroll-Parsonage

Policy: CUTA acknowledges that parsonage may be provided only to employees who qualify, as set forth by 26 CFR 1.1402(c)-5.  A control over parsonage payments ensures compliance with Internal Revenue Code.

Procedure: Employees who qualify under the Internal Revenue Code may receive compensation designated as parsonage.  Those who receive parsonage fill out a parsonage form to show their housing costs, to ensure the amount of their payroll designated as parsonage is not excessive.

The Payroll/HR director keeps record of all those employees who receive parsonage and the dollar amount received by each to ensure eligibility and reasonableness.

A board member signs a parsonage designation for each employee.

Index: 70.09
Effective: June 1, 2018
Revised: June 1, 2018

## Payroll-Recording

Policy: Payroll is promptly accurately recorded in the GL

Procedure: The payroll director imports the payroll processor's final report into the main QuickBooks file.

Index: 70.10
Effective: June 1, 2018
Revised: June 1, 2018

# Payroll-Recording to expense

Policy: Payroll is charged to the proper expense accounts.

Procedure: Payroll is charged to the following expense accounts: office (administration), maintenance, Boys school (melamdim, principals and secretaries), General studies teachers and Girls school teachers (those paid monthly). The Controller reviews the posting for reasonableness.

Index: 70.11
Effective: June 1, 2018
Revised: June 1, 2018

# Payroll-Distribution

Policy: Payroll checks are promptly distributed to the employees.

Procedure: The payroll director receives the checks from payroll processor, and distributes the office pay checks. He gives the maintenance department checks to the four managers; the Cheder paychecks to the seven principals and the Girls school paychecks to the 12+ principals to distribute to their staff.

Index: 70.12
Effective: June 1, 2018
Revised: June 1, 2018

## Payroll-Overtime, Mandatory Sick Leave

Policy: CUTA pays overtime, allows sick leave and other time off as mandated by law or regulation.

Procedure: Hourly employee's total hours worked are input into the payroll processor's system by the payroll clerks. the payroll processor calculates the required overtime.  The payroll director reviews these calculations as part of his review of the pre-processing report.

The payroll director advises department heads of regulatory leave policies.

For hourly employees, the payroll processor tracks allowable sick leave as a function of hours worked.  In April and in October, the payroll director obtains from the payroll processor the report of  hourly employees whose records show unused sick leave.  He instructs the payroll clerks to prepare checks to pay these employees the value of their unused sick leave allowance. He reviews the checks before presenting them to the Executive Director for signature.

Salaried employees are allowed sick leave as necessary.

Index: 70.13
Effective: June 1, 2018
Revised: June 1, 2018

# Payroll-Mandated fringe benefits

Policy: Fringe benefits are provided in accordance with laws and regulations, to all eligible employees on a non-discriminatory basis.

Procedure: Certain mandatory fringes are automatic, as part of processing payroll. Those benefits are computed by the payroll processor and recorded as part of the payroll.

Other mandatory fringes: sick leave, workman's compensation insurance, disability insurance and paid family leave are managed and authorized by the payroll director.

Every employee is offered minimal essential health coverage. Employees are required to contribute to the cost. Upon hiring everyone either accepts or declines the coverage in writing.

Payroll is reported in sub-accounts as necessary to distinguish those subject to workman's compensation, disability and paid family leave. The clerks prepare the relevant (sub-account) reports; the payroll director reviews them and provides the data to the insurance companies as requested. He reviews the insurance invoices and forwards them to the Controller for payment. The Controller reviews the invoices and send them to the accounts payable bookkeepers for payment.

Index: 70.14
Effective: June 1, 2018
Revised: June 1, 2018

## Payroll-Non-Mandated fringe benefits

Policy: Fringe benefits are provided in accordance with laws and regulations, to all eligible employees on a non-discriminatory basis.

Procedure: Non-mandatory fringes: health insurance, life insurance, qualified tuition reduction (Sec. 117(d)) and Qualified transportation benefits are managed and authorized by the payroll director.

Health Insurance: Office employees who's regular work schedule is 30 or more hours a week and girl's school executive level are eligible for higher-benefit health insurance.  The payroll department enrolls each new employee who does not op out because of other health insurance. All workers are eligible for Minimum Essential Coverage. The payroll department enrolls them upon hiring. Health insurance invoices are reviewed by the payroll director before they are sent to the accounts payable bookkeepers to process.

Qualified tuition reduction:  Children of our boy's school employees attend CUTA free. Those who live outside the Williamsburg area attend other Satmar schools for free.

For certain classes of employees who have been employed for three years, we pay tuition and fees, regardless of their school.  This benefit is limited to 20% of annual compensation, further limited to $500 per month per child.  The eligible classes of employees are boy's school teachers who work at least 25 hours a week and girl's school and office employees who work at least 20 hours a week.

Each participating employee signs a form to indicate which school and how much their tuition is. The Executive Director reviews each form and forwards it, with his approval, to the payroll director. The payroll bookkeepers prepare checks to the other schools from the parsonage account.  The payroll director reviews the authorizations, prints the checks and sends them to the principals to distribute together with the payroll checks.

Qualified transportation benefits: CUTA offers employees who live out of town the opportunity to use pre-tax income to receive qualified transportation fringe benefits. The benefit is limited to a pre-tax income of $260 a month. The benefit is in addition to their payroll.  Employees who live in New York City have the option to direct from their pre-tax compensation to purchase up to $260 a month of qualified transportation.

Non-Qualified retirement plan:  Executive level employees who are at least 58 years old who's compensation exceeds $25,000 are eligible for a retirement benefit of 50% of their annual compensation paid into a Rabbi Trust.

Index: 70.15
Effective: June 1, 2018
Revised: June 1, 2018

# Payroll-No Coupons

Policy: CUTA pays compensation in accordance with laws and regulations.

Procedure: CUTA acknowledges that 'coupons' which provide discounts to employees for purchases made at local merchants, or similar benefits, are not a permissible method to compensate employees and CUTA does not use coupons to pay compensation.

Index: 76.01
Effective: June 1, 2018
Revised: June 1, 2018

# Accounting

Policy: The Controller maintains the General Ledger, reconciles to appropriate supporting documents and closes the books monthly.

Procedure: The Controller:
- Maintains the general ledger in QuickBooks.
- Records tuition on the accrual basis based on monthly reports from the tuition system.
- Reconciles QuickBooks accounts receivable to the tuition system accounts receivable report and retains the reports as an audit trail.
- Records vouchers, food program reimbursement and mandated services grants on the accrual basis.
- Reconciles the receivable to the relevant web sites and retains relevant documents as an audit trail.
- Receives the fundraising reports from CBA and records the income as deposits are made.
- Prepares a record of fixed assets, calculates and records depreciation at least annually.
- Supervises the accounts payable bookkeepers to ensure all expenses are recoded in the proper class.
- Prepares entries to accrue payroll and defer prepaid expenses.
- Prepares a monthly entry to allocate payroll to the food program class.
- Reconciles the balance sheet to supporting schedules shortly after the end of each month.
- Prepares monthly financial statements from QuickBooks, for the Board to review.
- Reviews the bank reconciliations prepared by a bookkeeper.

# Federal Funds-Food Program

Index: 80.01
Effective: June 1, 2018
Revised: June 1, 2018

### Claims - attendance

Policy: Accurate meal attendance records are prepared.

Procedure: To ensure accurate point-of-service meal counts our trained staff carry out an accurate "point of service" (when the child is served a complete meal) meal count. These records are prepared on a designated form and identify the age group, time & date, place and meal type.

A designated person specially trained for this task carries out the final count under the supervision of the FSD. All children who receive a reimbursable meal are counted as the meal is served in the dining hall. At the end of the month the log is submitted to the Food Service Director who has it entered into the Excel record format after carrying out the daily edit check as described below.

The Food Service Director completes an edit check is to identify errors in the schools' lunch counts and/or problems with the meal counting and claiming procedures so that necessary corrections are made.

The edit check is as follows: Compute the attendance factor by dividing the average daily attendance for students by the school enrollment to obtain the attendance factor. Compare the attendance factor to the ratio of meals reported to total enrollment.

The Food Service Director obtains a corrected count to address any reporting errors that are discovered during the edit check before consolidating counts for the reimbursement claim.

Index: 80.02
Effective: June 1, 2018
Revised: June 1, 2018
### Claims – Prepare claim forms

Policy: Claim forms are prepared based on the accurate attendance records.

Procedure: The Food Service Director consolidates the hand written meal counts into an Excel worksheet and prepares the monthly claim forms.

Index: 80.03
Effective: June 1, 2018
Revised: June 1, 2018
Claims – Review claim forms

Policy: Claim forms are reviewed and authorized.

Procedure: The Food Service Director reviews the meal count worksheets, the consolidated numbers and verifies that the claim forms are correct. The Executive Director reviews and signs the claim form.

Index: 80.04
Effective: June 1, 2018
Revised: June 1, 2018

### Claims – Submit claim forms

Policy: Claim forms are submitted after review and authorization

Procedure: The Food Service Director ensures the claim has been authorized and submits the claim form electronically.

Index: 80.05
Effective: June 1, 2018
Revised: June 1, 2018

## Claims – Record claim forms

Policy: Claims are correctly recorded as revenue and receivable

Procedure: The Food Service Director records the amount of the claim as a receivable in the general ledger.

Index: 81.01
Effective: June 1, 2018
Revised: June 1, 2018

### Receivables & receipts-Deposits

Policy: Payments received are properly controlled and deposited to the correct bank account.

Procedure: Funds are received by electronic funds transfer to the school's food program bank account.

Index: 81.02
Effective: June 1, 2018
Revised: June 1, 2018

## Receivables & receipts

Policy: Receivables are properly controlled.

Procedure: The Controller compares the claims receivable to actual deposits.

Index: 81.03
Effective: June 1, 2018
Revised: June 1, 2018

### Receivables & receipts-recording

Policy: Payments received are properly recorded

Procedure: The remittance is recorded, by the bookkeeper, as a credit to receivables.

Index: 81.04
Effective: June 1, 2018
Revised: June 1, 2018

Receivables & receipts-Reconciliation

Policy: Recorded receivables are reconciled.

Procedure: The Controller reconciles the GL receivable amount to the outstanding claims by comparing recently submitted claims to the general ledger amount.

Index: 82.01
Effective: June 1, 2018
Revised: June 1, 2018

## Procurement-Policy and Introduction

Policy: All procurements made by CUTA involving the expenditure of School Food Funds are made in accordance with the standards of 2 CFR 200.318 through .326. Documentation of the process is maintained, sufficient to demonstrate management's compliance with this policy and procedures.

Procurement transactions, regardless of method or dollar value, will maximize open and free competition consistent with the standards of 2 CFR 200.319. We will not engage in procurement practices which may be considered arbitrary or restrictive.

Procedure: CUTA will ensure that:

The purchase of unnecessary or duplicate items is avoided

Kashrut standards as defined by our Rabbinical Kashrus Committee are a primary consideration in the selection of vendors

Awards are made to the bidder whose offer is responsive to the solicitation and is most advantageous to the School, price and other factors considered, including the school's Kashrut standards.

All accepted bids and contracts are signed by the authorized official(s) of the School.

The Food Service Director checks the Excluded Parties List System (EPLS) to see that a prospective vendor is not suspended or debarred or collect a State or School Food Authority (SFA) certification that the vendor is not suspended or debarred; or if the vendor includes a clause to this effect in their contract or solicitations

The solicitations clearly describe the product or service to be procured, without restricting competition.

Geographical preference will not be the sole deciding factor without documented justification.

Contracts last a reasonable amount of time and have the option for extension upon review.

The school will only pay allowable costs that are net of all discounts, rebates, and other applicable credits from its School Food Funds.

Determination of allowable costs must be made in compliance with the applicable Program regulations and OMB and Budget circulars.

The school will ensure that the use of brand name specifications is limited. If the decision is to use a brand name specification it is to be accompanied by a written justification that fully supports the need to specify a particular brand name, product or feature

Index: 82.02
Effective: June 1, 2018
Revised: June 1, 2018

### Procurement-Methods

Procedure: Procurements will be made using one of the following methods:  (a) micro purchases, (b) small purchases (c) formal competitive bids, (d) non-competitive proposals.

Buy American: The National School Lunch Act requires the purchase of domestic agricultural commodities and domestic food products to the maximum extent practicable. It is advisable to provide a Buy American clause in product specifications, solicitations and other procurement documents

Once a purchase request has been approved it is placed on a PO and forwarded to one of the approved vendors. CUTA's internal list of approved vendors is compiled by the Food Service Director based on satisfactory relations and timely and reliable service. This list includes food, supply and service vendors. All food purchase orders must first be vetted and approved by the Food Service Director.  No other kitchen personnel, including the cook or manager are authorized to make food orders.  We give preference to vendors from the local community, but only if their prices are competitive.

Index: 82.03
Effective: June 1, 2018
Revised: May 9, 2018

### Procurement-Micro purchases

Procedure: Individual purchases which cost less than $10,000 do not require competitive quotes. Such purchases will be approved by the Food Service Director if, in his judgment, the price is reasonable.

Index: 82.04
Effective: June 1, 2018
Revised: May 9, 2018
Procurement-Small purchases

Procedure: Purchases which cost between $10,000 and $250,000 (Simplified Acquisition Threshold) are to be based on three price quotes.  These can come through phone, email, fax, mail or other forms of electronic communication as long the same specifications are clearly provided to each vendor. A tracking log is to be kept with the date calls (i.e. non-written communication) were made, who was contacted and the prices quoted. Where applicable, catalog or price lists may also be used.  Based on this comparison, the Food Service Director will compile a list of approved vendors before the beginning of each school year.  (If it proves difficult to acquire three quotes we will take steps including extra outreach and a review of the specifications to see that they are not unduly restrictive.)

Index: 82.05
Effective: June 1, 2018
Revised: June 1, 2018

## Procurement-Approved vendor list

Procedure: Purchases will be distributed among the approved vendors where practical. The approved vendor list will include:

The name of the website, store or other source

A general description of the items to be purchased

A reference to the price list examined

The reason for choosing the vendor if not the cheapest compared

Index: 82.06
Effective: June 1, 2018
Revised: May 9, 2018
### Procurement- Formal Competitive Bids

Procedure: The School will use formal competitive bids when the procurement is over $250,000 OR specifications are too detailed to award a bid only on the basis of the lowest evaluated bid (for example: with vended meal contracts).

Index: 82.07
Effective: June 1, 2018
Revised: June 1, 2018
Procurement- Competitive Bids

Procedure: Request for Proposals (RFP) will be prepared and mailed or emailed to qualified vendors. They may also be advertised through the local newspapers. The newspaper advertisement will be published at least seven (7) days and not more than twenty-one (21) days before the date the proposals are due. The RFP will describe services needed and identify the factors that will be considered when the proposal submission will be evaluated.

The RFP will call attention to the same regulations discussed in the bidding process. RFPs can be fixed cost or specify that cost will be a factor evaluated along with the other technical requirements of the procurement.

An evaluation committee of at least three people will be guided by a cost or price analysis. The method and degree of analysis is dependent on the facts surrounding the particular procurement situation, but as a starting point, the committee will make an independent estimate of the cost before opening bids or proposals.

The evaluation committee will use a standard evaluation form to review and grade the proposal responses. The 3 people will be unbiased but have knowledge of the procurement subject and the contract requirements. Price is not to be the only factor- the committee will look to find the most "advantageous bidder," based on considerations that are relevant to the RFP.

Evaluations will be based on the factors written in the RFP and a written evaluation of the responses will be prepared. If it is determined that no acceptable proposal has been submitted, all proposals may be rejected.

Awards will be made based on the evaluation committee's recommendation at the discretion of the School's appointed Food Service Director.

Index: 82.08
Effective: June 1, 2018
Revised: June 1, 2018

### Procurement- Noncompetitive (Sole Source) Proposals

Procedure: Procurement by noncompetitive proposals is procurement through solicitation of a proposal from only one source and may be used only when one or more of the following circumstances apply:

(1) The item is available only from a single source;

(2) The public exigency or emergency for the requirement will not permit a delay resulting from competitive solicitation;

(3) The Federal awarding agency or pass-through entity expressly authorizes noncompetitive proposals in response to a written request from the non-Federal entity; or

(4) After solicitation of a number of sources, competition is determined inadequate.


Sole source procurements will not be longer than a school year in length and are subject to regular review. Except in the case that the product or service can only be obtained from one source, sole source contracts will not be renewed.

Index: 82.09
Effective: June 1, 2018
Revised: June 1, 2018

## Procurement- Contracts

Procedure: Generally, all procurements are documented, signed and supported by a written contract.  Where it is impractical to prepare a written contract, some form of documentation regarding the transaction is to be kept on file. We maintain oversight to ensure that contractors perform in accordance with the terms, conditions and specifications of the contracts or purchase orders.

Contracts may be one of the following:

Fixed Price for the duration of the contract

Price Adjustments authorization tied to a standard index such the CPI and specifies frequency of adjustment

Cost Reimbursable provides for payment of allowable costs plus the payment of a fixed fee to the contractor.

Index: 82.10
Effective: June 1, 2018
Revised: June 1, 2018

## Procurement- Documentation

Procedure: All supporting documents (receipts, purchase orders, invoices, RFP specifications and bid materials) are retained on file in the school office for three years from the last day of the school year. A clear and consistent audit trail will be maintained.  At a minimum, documents explaining the basis for selection, basis for cost, and rationale for method of procurement, will be kept on file.

Index: 82.11
Effective: June 1, 2018
Revised: June 1, 2018

## Procurement- Locally Owned, Minority-Owned, Female-Owned and Small Businesses

Procedure: Steps will be taken to solicit participation of locally owned, minority-owned, female-owned and small businesses.  The School will try, where possible and feasible, to solicit proposals from minority- or women-owned businesses that provide the goods or services that are being sought.

Index: 82.12
Effective: June 1, 2018
Revised: June 1, 2018
### Procurement of audit services

Procedure: When procuring audit services, our objective is to obtain high-quality audits. In requesting proposals for audit services, the objectives and scope of the audit are made clear. We request a copy of the audit organization's peer review report which the auditor is required to provide under Generally Accepted Government Auditing Standards (GAGAS). Factors we consider in evaluating each proposal for audit services include the responsiveness to the request for proposal, relevant experience, availability of staff with professional qualifications and technical abilities, the results of peer and external quality control reviews, and price. Whenever possible, the we make positive efforts to utilize small businesses, minority-owned firms, and women's business enterprises, in procuring audit services.

Index: 83.01
Effective: June 1, 2018
Revised: June 1, 2018

### Purchases & payables-Orders

Procedure: The cook completes an order form sheet with the necessary items, based on the menu.  The cook submits the order form to the building manager. The building manager adds necessary items e.g. paper goods, janitorial supplies etc.  The building manager submits the order form sheet to the Assistant Executive Director.  In accordance with the procurement policy, the Assistant Executive Director sends a purchase order (PO) to one of the approved vendors by email.  The POs are saved in the Access database.  If allowable and unallowable items are purchased from the same vendor, the allowable and the unallowable will be separated in to two (2) PO's with different PO numbers.

Index: 83.02
Effective: June 1, 2018
Revised: June 1, 2018

Purchases & payables- Receiving deliveries

Policy:  Goods received are properly controlled and documented

Procedure: The building manager receives orders and stores the goods in locked storage rooms.  The building manager receives the orders and verifies that all merchandise delivered match to the delivery slip and the order form sheet.  If the merchandise delivered does not match to the delivery slip the manager will manually correct the amounts on the delivery slip. The manager signs the delivery slip.  The manager will call the office for any missing items or back orders, the Assistant Executive Director will call the company to resolve the issue.  Every week the building manager sends all delivery slips to the accounts payable department in the main office.  Delivery slips are filed by accounts payable department by company.

Index: 83.03
Effective: June 1, 2018
Revised: June 1, 2018

### Purchases & payables-Authorizing invoices

Policy:  Invoices are compared to supporting documentation

Procedure: Accounts payable bookkeepers receive invoices by mail and compare them to the PO and the delivery document signed by the building manager.  The bookkeepers review and assemble these documents for review:  The PO, delivery slip and invoice are compared to assure that a) we were billed only for items we received  b) the price per item is correct c) the total amount of invoice is correct and d) all merchandise is allowable. The invoices and supporting documents are reviewed and signed approved by the Food Service Director.

If an invoice includes any unallowable items, two copies will be made dividing the invoice by allowable and unallowable. Each line on each invoice will be highlighted to its proper category. New totals will be calculated.

Index: 83.04
Effective: June 1, 2018
Revised: June 1, 2018

Purchases & payables-Recording payables

Policy:  Proper invoices are promptly recorded in the general ledger

Procedure: Accounts payable bookkeepers receive the authorized invoices and record them in QuickBooks.

Index: 84.01
Effective: June 1, 2018
Revised: June 1, 2018

### Disbursements- Vendor master file

Policy:  The vendor master list is properly controlled.

Procedure: The Controller  maintains the vendor master file and compares it to the authorized vendors list.

Index: 84.02
Effective: June 1, 2018
Revised: June 1, 2018

## Disbursements- Authorizing payment

Policy:  Payments are properly authorized

Procedure:   The Food Service Director authorizes payments from the food program, as described above. The Controller authorizes payment of other invoices and other payments, by making a check mark on the detailed accounts payable list to indicate which ones to pay.

Index: 84.03
Effective: June 1, 2018
Revised: June 1, 2018

### Disbursements- Preparing checks

Policy: Checks are prepared based upon appropriate authorization.

Procedure: The bookkeeper prepares checks, using QuickBooks, based on the Controller's or Executive Director's authorization.  They prepare separate checks for allowable and unallowable costs. Allowable costs are paid from the food account. Unallowable costs are paid from the general account.

Index: 84.04
Effective: June 1, 2018
Revised: June 1, 2018

### Disbursements- Presenting for signature

Policy: Checks are presented for signature with supporting documentation, and signed by authorized persons.

Procedure: The bookkeeper presents checks for signature with the supporting invoice, PO, delivery documentation and authorizations.

Index: 84.05
Effective: June 1, 2018
Revised: June 1, 2018

### Disbursements- Signing checks

Policy: Signed checks are delivered to the payees promptly.

Procedure: The Executive Director or Board member reviews the supporting documentation and signs the checks. They return the signed checks and the invoices to the accounts payable bookkeeper. Accounts payable bookkeepers mail the checks and file the invoices.

Index: 85.01
Effective: June 1, 2018
Revised: June 1, 2018
## Reconciling bank statements

Policy: Cash on deposit with a bank is proved through the preparation of a reconciliation of the company's record of cash in the bank and the bank's record of the company's cash that is on deposit.

Procedure: The bookkeeper assistant prepares the bank reconciliations each month. Part of the bank reconciliation is to compare each check's payee to the GL.

Index: 85.02
Effective: June 1, 2018
Revised: June 1, 2018

## Reconciling-Review

Policy: Bank reconciliations are reviewed.

Procedure: The Controller reviews and initials the bank reconciliation.

Index: 85.03
Effective: June 1, 2018
Revised: June 1, 2018

### Reconciling- Authorizing & posting adjustments

Policy:  Adjustments to the cash account are properly authorized.

Procedure: The Controller reviews and authorizes adjustments. The adjustment and the authorization are documented.

Index: 86.01
Effective: June 1, 2018
Revised: June 1, 2018

### Reporting-Preparing reports

Policy:  Required reports are timely prepared based on appropriate data.

Procedure: The Food Service Director prepares the Analysis of Cash Recourses Report from the general ledger.

The Controller prepares the year end income & expense statement and compares significant amounts to subsidiary schedules and to reconciliations

Index: 86.02
Effective: June 1, 2018
Revised: June 1, 2018

### Reporting-Review

Policy:  Reports are reviewed by authorized personnel.

Procedure: The Controller reviews the Analysis of Cash Resources Report, compares it to the source data and initials the report.

The Controller reviews the year end income & expense report. He compares the reported income to a list of reimbursements for the program period. He compares expenses to the prior year and to total reimbursements, and inquires about any differences from the expected amounts.  When he is satisfied, he signs a copy of the report for the file.

Index: 86.03
Effective: June 1, 2018
Revised: June 1, 2018

## Reporting-Submission

Policy:  Reports are submitted after a documented review.

Procedure: The Food Service Director verifies the review, electronically submits the Analysis of Cash Resources Report and files a copy.

The Controller forwards the authorized report year end income & expense report to the auditors.

Index: 87.01
Effective: June 1, 2018
Revised: June 1, 2018

### Allowable activities-Job descriptions

Policy:  Employees are aware of their assigned tasks, that do not vary from activities allowable by the program.

Procedure: Each employee receives a job description when hired. This ensures that he is aware of his assigned tasks, that do not vary from activities allowable by the program.

Index: 87.02
Effective: June 1, 2018
Revised: June 1, 2018

## Allowable activities-Supervision

Policy:  Employees activities are supervised to ensure they are occupied in allowable activities.

Procedure: Employees are supervised and their job performance is evaluated. Supervisors sign each employee's time sheet before each payday.

Index: 88.01
Effective: June 1, 2018
Revised: June 1, 2018

### Allowable costs- Purchasing

Policy:  Purchases are limited to authorized vendors.

Procedure:  The PO system provides a contracted (called "preferred" in the system) vendor for food program purchases.

Index: 88.02
Effective: June 1, 2018
Revised: June 1, 2018
### Allowable costs-Authorizing

Policy:  All invoices are authorized by a knowledgeable person, based on proper documentation.

Procedure: Accounts payable bookkeepers receive invoices by mail and compare them to the PO and the delivery document signed by the building manager.  The bookkeepers assemble these documents for review. The invoices and supporting documents are reviewed and signed approved by the Food Service Director.

Index: 89.01
Effective: June 1, 2018
Revised: June 1, 2018

Eligibility-Applications

Policy:  Eligibility is determined in accordance with SED regulations

Procedure: CUTA uses the Community Eligibility Provision (CEP) to determine eligibility. Under this provision, CUTA is exempt from collecting household applications to determine eligibility for school meals. CUTA is able to rely instead on information from other means-tested programs such as the Supplemental Nutrition Assistance Program and Temporary Assistance for Needy Families.

Index: 89.02
Effective: June 1, 2018
Revised: June 1, 2018

### Eligibility-Verifying

Policy:  CUTA uses the Community Eligibility Provision (CEP) to determine eligibility.

Procedure: Eligibility is validated by downloading household income data from the New York State Child Nutrition Knowledge Center (CNMS). The Food Service staff performs a direct matching certification procedure three times a year. The verification is recorded in an excel worksheet.

Index: 89.03
Effective: June 1, 2018
Revised: June 1, 2018

### Eligibility-Review

Policy:  Our eligibility determination is reviewed.

Procedure: The Food Service Director reviews the CEP eligibility determination and signs a copy of the excel worksheet for the file.

Index: 90.01
Effective: June 1, 2018
Revised: June 1, 2018

## Period of performance-Authorizing payments

Policy:  Only timely invoices are authorized

Procedure: Part of authorizing payments is a second verification that the invoice is dated within the period of performance.  See above Disbursements-authorizing payments.

Index: 90.02
Effective: June 1, 2018
Revised: June 1, 2018
### Period of performance-Program closeout

Policy:  Only costs paid timely are charged to the Food Program

Procedure: Part of authorizing payments is a second verification that the invoice is dated within 90 days of the program close out date.  See above Disbursements-authorizing payments.

Index: 90.03
Effective: June 1, 2018
Revised: June 1, 2018
### Period of performance-Review

Policy:  Accounts payable is reviewed to ensure timely payment

Procedure: About 60 days after program close out date the Controller reviews the accounts payable schedule.  He authorizes payment of any accounts that are still unpaid, to ensure they are paid within 90 days of the program close out date.

Index: 92.01
Effective: June 1, 2018
Revised: June 1, 2018
### Equipment-Authorization

Policy: The expenditure of food program funds for equipment is properly authorized.

Procedure: The Food Service Director obtains prior approval before purchasing equipment and other capital items. New York State Education Department (SED) allows two methods of obtaining approval. The school either buys from the SED approved equipment list, completes an Attestation Form and retains it on file, or requests approval for equipment or services that are not on the SED list by sending in the Equipment Purchase/Capital Expenditure Pre-Approval Request Form and necessary paperwork, before making the purchase.

Index: 92.02
Effective: June 1, 2018
Revised: June 1, 2018

### Equipment-Inventory

Policy: Equipment purchased with program funds is properly accounted and controlled.

Procedure: The Bookkeeper who records purchases, records the equipment in an inventory list. The list includes description of the property, the cost and source of funding, an identification number, who holds title, the acquisition date, percentage of Federal participation in the project costs for the Federal award under which the property was acquired, the location, use and condition of the property, and any ultimate disposition data including the date of disposal and sale price of the property. The inventory list is reconciled by the Food Service Director or designee to the actual items on hand each January. After the inventory list is reconciled, the food program reviews the list and documents the review.

Index: 93.01
Effective: June 1, 2018
Revised: June 1, 2018

### Annual Renewal

Policy:  The annual renewal of the Food Program is completed and submitted with all its components, in a timely manner.

Procedure: The Food Service Director completes and submits the annual renewal. The renewal application includes the meal schedule.  He also submits a school calendar when requested. The calendar is based on calendars prepared by the principals.

Index: 93.02
Effective: June 1, 2018
Revised: June 1, 2018

### Annual self review

Policy:  An annual self-review of program compliance is completed in a timely manner.

Procedure: The Food Service Director completes a self-review at least twice a year, Usually in November, February and May. He uses the form provided by SED to record results of his review. The results of the self review are shared with the Board of Directors.

Index: 93.03
Effective: June 1, 2018
Revised: June 1, 2018

### Menus

Policy:  Menus are planned to meet the minimum daily requirements of meal components.

Procedure:  The Food Service Director prepares menus to ensure they meet the USDA meal pattern requirements. He has a computer program which calculates the nutritional results of a menu and compares the result with SED requirements. Menus are occasionally updated to reflect seasonal foods, school events and holiday specialties.

Index: 93.04
Effective: June 1, 2018
Revised: June 1, 2018

### Production reports

Policy:  Production reports are completed daily.

Procedure: The cook prepares daily production reports and sends them to the Food Service Director.  The Food Service Director reads the reports, questions the cook about any unusual items and keeps the production reports on file.

Index: 93.05
Effective: June 1, 2018
Revised: June 1, 2018

### Meal schedules

Policy:  Meals are served at appropriate times, in accordance with SED regulations.

Procedure:  Meals are served either in the lunchroom or in a classroom setting, utilizing various serving options - tray serving, pre-plating or family style meals depending on site and classroom preference. Each site has designated trained staff at each meal to ensure that meals served meet the required components and serving sizes.  Lunch is served between 12:00 PM and 2:00 PM. Snack is served during extended day hours, at least one and one-half hours after lunch.