

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EDP
F. #2015R1573

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 2, 2026

By Email and ECF

The Honorable Nicholas G. Garaufis
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Central United Talmudic Academy
             Criminal Docket No. 22-328 (NGG)

Dear Judge Garaufis:

      On June 7, 2026, the defendant Central United Talmudic Academy, will successfully complete a three-year period during which the prosecution against it in connection with the above-captioned matter was deferred pursuant to a Deferred Prosecution Agreement between the parties. Accordingly, the government respectfully requests that the criminal Information in the matter be dismissed on or after June 7, 2026. A proposed dismissal order is attached.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney

By:          /s/
          Erik Paulsen
          Assistant U.S. Attorney
          (718) 254-6135

Enclosure

cc:    Clerk of Court (by ECF)
       Andrew Goldstein, Esq. (by ECF)